# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | No. 25-cv-3136 (JRT/DLM) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Omni Data Retrieval, LLC, | |
| Defendant. | |

Before the Court is the Plaintiff's Unopposed Motion to Proceed in Pseudonym or, in the Alternative, Motion for Protective Order. (Doc. 6.) Having considered the matter, and deeming that it is proper and just to do so, it is hereby ORDERED that the Motion to Proceed in Pseudonym is hereby GRANTED.

It is further ORDERED, the Plaintiff shall hereafter be referred to by the pseudonym "John Doe," for purposes of this action.

Let the Clerk of the Court docket this action as John Doe v. Omni Data Retrieval, LLC.

SO ORDERED.

DATED: August 15, 2025               *s/Douglas L. Micko*
                                     DOUGLAS L. MICKO
                                     United States Magistrate Judge